946

No. 640, Misc. SCHONTUBE *v.* SUPREME COURT OF WISCONSIN; and

No. 675, Misc. SPRINGFIELD *v.* CARTER, U. S. DISTRICT JUDGE. Motions for leave to file petitions for writs of mandamus denied.

No. 606. NEW YORK TIMES Co. *v.* SULLIVAN. Supreme Court of Alabama. Certiorari granted. *Herbert Brownell, Thomas F. Daly, Herbert Wechsler* and *Marvin E. Frankel* for petitioner. *Sam Rice Baker, M. Roland Nachman, Jr.* and *Calvin Whitesell* for respondent.

No. 609. ABERNATHY ET AL. *v.* SULLIVAN. Supreme Court of Alabama. Certiorari granted. *I. H. Wachtel, Charles S. Conley, Benjamin Spiegel* and *Raymond S. Harris* for petitioners. *Sam Rice Baker, M. Roland Nachman, Jr.* and *Calvin Whitesell* for respondent.

No. 535. DENNIS *v.* DENVER & RIO GRANDE WESTERN RAILROAD Co. Supreme Court of Utah. Certiorari granted. *Calvin W. Rawlings, Harold E. Wallace, Brigham E. Roberts* and *Wayne L. Black* for petitioner. *Dennis McCarthy* for respondent.

No. 573. PARSONS, U. S. DISTRICT JUDGE, *v.* CHESAPEAKE & OHIO RAILWAY Co. C. A. 7th Cir. Certiorari granted. *John J. Naughton* for petitioner. *Philip W. Tone* for respondent.

No. 593. DURFEE ET UX. *v.* DUKE. C. A. 8th Cir. Certiorari granted. *Harold W. Kauffman* for petitioners. *R. A. Brown* for respondent.